**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
damien.delaney@akerman.com
KEVIN FINLEY (SBN 318193)
kevin.finley@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendants
CW SILICON VALLEY, LLC, and CITY WIDE MAINTENANCE CO., INC.,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FALLON, an individual<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CW SILICON VALLEY, LLC, a Kansas Limited Liability Company; CITY WIDE, MAINTENANCE CO., INC., a Missouri Corporation; ROB ELLIS, an individual; MICHAEL CANN, an individual; and DOES 1 to 50, inclusive<br><br>　　　　Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**<br><br>[Concurrently filed with Notice of Removal; Civil Cover Sheet; Certification of Interested Parties; and Declarations of Rob Ellis and Michael Cann]<br><br>Complaint Filed: May 3, 2023 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF STEVE FALLON AND HIS ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant City Wide Maintenance Co., Inc. ("Defendant") hereby files its Corporate Disclosure statement as follows:

(1) There is no parent company of Defendant; and

(2) There are no publicly held corporations that own 10% or more of the stock of Defendant.

DATED:   June 7, 2023				**AKERMAN LLP**

By: */s/ Damien Delaney*
    Damien P. Delaney
    Kevin Finley
    Attorneys for Defendants
    CW SILICON VALLEY, LLC, and CITY WIDE MAINTENANCE CO., INC.,