1

**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
damien.delaney@akerman.com
KEVIN FINLEY (SBN 318193)
kevin.finley@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

2

3

4

5

6

Attorneys for Defendants
CW SILICON VALLEY, LLC, and CITY WIDE MAINTENANCE CO., INC.,

7

8

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| STEVE FALLON, an individual | Case No. |
| Plaintiffs, | |
| v. | **CERTIFICATION OF INTERESTED PARTIES** |
| CW SILICON VALLEY, LLC, a Kansas Limited Liability Company; CITY WIDE, MAINTENANCE CO., INC., a Missouri Corporation; ROB ELLIS, an individual; MICHAEL CANN, an individual; and DOES 1 to 50, inclusive | [Concurrently filed with Notice of Removal; Civil Cover Sheet; Corporate Disclosure Statement; and Declarations of Rob Ellis and Michael Cann] |
| Defendants. | |
| | Complaint Filed: May 3, 2023 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

26

THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND

27

HIS ATTORNEY OF RECORD:

28

**CERTIFICATION OF INTERESTED PARTIES**
70658410;1

1

2   The undersigned, counsel of record for defendants CW SILICON VALLEY,

LLC, and CITY WIDE MAINTENANCE CO., (hereinafter collectively "Defendants"),

3   certify that the following listed party (or parties) may have a pecuniary interest in the

4   outcome of this case.  These representations are made to enable the Court to evaluate

5   possible disqualification or recusal.

6

7

| Party | Connection/Interest |
|---|---|
| Steven Fallon | Plaintiff |
| CW Silicon Valley, LLC | Defendant |
| City Wide Maintenance Co., Inc. | Defendant |
| Rob Ellis | Defendant |
| Michael Cann | Defendant |
| Akerman LLP | Attorneys for Defendants |
| Jeffrey M. Curtiss | Attorney for Plaintiff |

8

9

10

11

12

13

14

15

16

17

18

19

20   DATED:   June 7, 2023          **AKERMAN LLP**

21

22

23   By*: /s/ Damien Delaney*
                   Damien P. Dellaney
24                 Kevin Finley
                   Attorneys for Defendants
25                 CW SILICON VALLEY, LLC, and CITY
                   WIDE MAINTENANCE CO., INC.,
26

27

28

**CERTIFICATION OF INTERESTED PARTIES**
70658410;1