1  **AKERMAN LLP**
   DAMIEN P. DELANEY (SBN 246476)
2  damien.delaney@akerman.com
   KEVIN FINLEY (SBN 318193)
3  kevin.finley@akerman.com
   601 West Fifth Street, Suite 300
4  Los Angeles, California 90071
   Telephone: (213) 688-9500
5  Facsimile: (213) 627-6342

6  Attorneys for Defendants
   CW SILICON VALLEY, LLC, and CITY WIDE MAINTENANCE CO., INC.,
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | STEVE FALLON, an individual | Case No.
   |
13 |         Plaintiffs,         |
   |                             | **DECLARATION OF ROB ELLIS IN SUPPORT OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**
14 | v.                          |
   |                             |
15 | CW SILICON VALLEY, LLC, a Kansas Limited Liability Company; CITY WIDE, MAINTENANCE CO., INC., a Missouri Corporation; ROB ELLIS, an individual; MICHAEL CANN, an individual; and DOES 1 to 50, inclusive | [Concurrently filed with Civil Cover Sheet; Notice of Removal; Corporate Disclosure Statement; Certification of Interested Parties; and Declaration of Michael Cann]
16 |                             |
17 |                             |
18 |         Defendants.         |
19 |                             | Complaint Filed: May 3, 2023
20

21

22

23

24

25

26

27

28

---

1                                                                CASE NO.
**DECLARATION OF ROB ELLIS IN SUPPORT OF REMOVAL TO U.S.D.C.**
70658485;1

I, Rob Ellis, declare as follows:

1. I am a resident of Lee's Summit, Missouri and am currently employed by defendant City Wide Maintenance Co., Inc. ("City Wide"), as the Chief Operating Officer ("COO"). I make this declaration in support of Defendants' Notice of Removal. In connection with the preparation of this declaration, I reviewed City Wide's personnel records and other employee records pertaining to Steven Fallon, the plaintiff in this action, which were created, kept, and maintained in the normal course of City Wide's business. The facts set forth herein are true of my own personal knowledge and, if called upon to testify as to these facts, I could and would competently do so under oath.

2. I have lived in Lee's Summit, Missouri since 2003. As of May 3, 2023, when Plaintiff filed his Complaint in the Superior Court of California, I was living in Missouri. I currently reside in Missouri, my permanent home is in Missouri, and I intend to remain residing in Missouri for the foreseeable future.

3. As the COO, I am knowledgeable of City Wide's corporate status and structure, including the location of its company operations. City Wide was at the time the Complaint was filed, and still is, incorporated in the State of Missouri. Its corporate headquarters, its executive and senior management personnel, as well as its primary management operations, are located at 15230 W. 105th Terrace, Lenexa, Kansas, 66219. City Wide's principal place of business at the time of the filing of the Complaint was and is located in the State of Kansas.

4. I am also a member of defendant CW Silicon Valley, LLC. The other members of the LLC are Michael Cann and the Jeff B. Oddo Family Trust dated December 19, 2005. Based on my personal knowledge and on my review of the LLC's records prepared in the ordinary course of business, I am familiar with the residence addresses of the LLC's members. No member has a California address or is a citizen of California. I have no knowledge of a member living in California. I have no knowledge of any member who considers California their home, now or in the future.

5. CW Silicon Valley, LLC is a Kansas limited liability company that was formed in 2020. I am informed and believe that the trustees of the Jeffrey B. Oddo Family Trust dated December 19, 2005 are Bradford T. Oddo and James P. Adler P.C., a Missouri corporation. An irrevocable trust was created in 2005 by way of a written trust agreement. I am informed and believe that the beneficiaries of the Jeffrey B. Oddo Family Trust dated December 19, 2005 are descendants Savannah K. Oddo, who has a permanent home in Tennessee and intends to remain in Tennessee, and Alyssa A. Oddo, and Olivia J. Oddo, whom have permanent homes in Kansas and intend to remain in Kansas. As of May 3, 2023, when Plaintiff filed his Complaint in the Superior Court of California, all of the beneficiaries of the Jeffrey B. Oddo Trust were living in Tennessee or Kansas, and they currently reside in Tennessee or Kansas.

6. On May 8, 2023, City Wide was personally served with the Summons and Complaint in the matter of *STEVEN FALLON, an individual, Plaintiffs v. CW SILICON VALLEY, LLC, a Kansas Limited Liability Company; CITY WIDE, MAINTENANCE CO., INC., a Missouri Corporation; ROB ELLIS, an individual; MICHAEL CANN, an individual; and DOES 1 to 50, inclusive, Defendants*, Case No. 23-CIV-02045, filed in the Superior Court of California, County of San Mateo ("Complaint"). True and correct copies of the Summons, the Complaint, and all other documents served on City Wide on May 8, 2023 are attached as **Exhibit A** to the concurrently filed Notice of Removal.

7. On May 8, 2023, CW Silicon Valley, LLC was served with the Summons and Complaint through its registered agent for service of process, Cogency Global, Inc. True and correct copies of the Summons, the Complaint, and all other documents served on CW Silicon Valley, LLC on May 8, 2023 are attached as **Exhibit A** to the concurrently filed Notice of Removal.

8. Neither City Wide nor CW Silicon Valley, LLC have been served with any pleadings, process, or orders in the state court action other than those attached as **Exhibit A** to the concurrently filed Notice of Removal.

3   CASE NO.
**DECLARATION OF ROB ELLIS IN SUPPORT OF REMOVAL TO U.S.D.C.**

70658485;1

1  9. At the time of this filing, although I have been named as a defendant, I
2  have not been served with the Summons and Complaint.
3  10. Plaintiff Steven Fallon was employed by CW Silicon Valley beginning on
4  January 10, 2022 to January 3, 2023 as a General Manager, located at 1601 El Camino
5  Real, Suite 303, Belmont, California, 94002.
6  11. City Wide's Human Resources Department maintains employee personnel
7  information as part of the company's business records and relies upon this information
8  in the course of performing operational responsibilities for City Wide.
9  12. City Wide maintains personnel records relating to Mr. Fallon's
10 employment. According to the personnel records, each home address maintained on
11 file for Mr. Fallon throughout his employment is located within California. Each wage
12 statement issued to Mr. Fallon during his employment includes a California address as
13 his residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed this 7th day of June, 2023 at Lee's Summit, Missouri.



_____
Rob Ellis

**DECLARATION OF ROB ELLIS IN SUPPORT OF REMOVAL TO U.S.D.C.**
70658485;1