**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
damien.delaney@akerman.com
KEVIN FINLEY (SBN 318193)
kevin.finley@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendants
CW SILICON VALLEY, LLC, and CITY WIDE MAINTENANCE CO., INC.,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FALLON, an individual | Case No. |
| Plaintiffs, | |
| v. | **DECLARATION OF MICHAEL CANN IN SUPPORT OF NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |
| CW SILICON VALLEY, LLC, a Kansas Limited Liability Company; CITY WIDE, MAINTENANCE CO., INC., a Missouri Corporation; ROB ELLIS, an individual; MICHAEL CANN, an individual; and DOES 1 to 50, inclusive | [Concurrently filed with Civil Cover Sheet; Notice of Removal; Corporate Disclosure Statement; Certification of Interested Parties; and Declaration of Rob Ellis] |
| Defendants. | Complaint Filed: May 3, 2023 |

1
CASE NO.
**DECLARATION OF MICHAEL CANN IN SUPPORT OF REMOVAL TO U.S.D.C.**
70679095;1

I, Michael Cann, declare as follows:

1. I am a resident of Arlington, Virginia and am currently employed as a member and Operating Partner for CW Silicon Valley, LLC. I make this declaration in support of Defendants' Notice of Removal. The facts set forth herein are true of my own personal knowledge and, if called upon to testify as to these facts, I could and would competently do so under oath.

2. CW Silicon Valley, LLC is a Kansas limited liability company. I am a member of the LLC. The other members of the LLC are Rob Ellis and the Jeff B. Oddo Family Trust dated December 19, 2005.

3. I have resided in Virginia since approximately February 2022. As of May 3, 2023, when Plaintiff Steven Fallon filed this lawsuit in the Superior Court of California, County of San Mateo, I was living in Virginia. I currently reside in Virginia, my permanent home is in Virginia, and I intend to remain residing in Virginia for the foreseeable future.

4. I am a named defendant in Plaintiff's state-court complaint, but, as of the date when I sign this declaration, I have not yet been served as an individual with a summons and the complaint. I have never authorized Cogency Global, Inc., which is CW Silicon Valley, LLC's registered agent for service of process, to accept legal process for me as an individual.

5. On behalf of myself and in my roles as a member of the LLC and Operating Partner, I consent to the removal of this action to federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed this 7th day of June, 2023 at Arlington, Virginia.



_____
Michael Cann