UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FALLON,<br><br>        Plaintiff,<br><br>    v.<br><br>CW SILICON VALLEY, LLC., et al.,<br><br>        Defendants. | Case No. 23-cv-02812-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case (Dkt. No. 23),

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 90 days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. If neither party contacts the Court after 90 days, the matter will be deemed dismissed with prejudice.

In light of the foregoing, the Court hereby vacates the April 1, 2024 further case management conference.

**IT IS SO ORDERED**.

Dated: March 18, 2024

_____
SALLIE KIM
United States Magistrate Judge